

**WILLIAMS & ASSOCIATES LAW FIRM**
850 Kaliste Saloom Road, Suite 117 (70508)
P.O. Box 54024
Lafayette, LA 70505-4024

G. Edward Williams, Jr.
Chad P. Pitre, Of Counsel

(337) 289-6555
(337) 289-1061 Fax

September 15, 2010

United States District Court
Western District of Louisiana

Re:   United States District Court, Western District of Louisiana, Lafayette-Opelousas Division, Nelton Guillory v. Sheriff Deputy Bryan Dugal, et al, Civil Action: 6:09-CV-00692-RFD-CMH
       Our File No.:  3800-1468

To Whom It May Concern:

Please be advised that this matter has settled and therefore, we ask that you please remove from the docket the Telephone Status Conference scheduled for tomorrow, September 16, 2010, before the Magistrate Judge C. Michael Hill.

Should you have any questions, comments and/or concerns, please do not hesitate to contact my office.

Sincerely yours,

WILLIAMS AND ASSOCIATES, LLC

*[Email Signature Only]*

_____
G. EDWARD WILLIAMS, JR.
GEWJR/slp

cc:    Mr. Clay Burgess

{00064307.DOC}